'06 JAN 4 AM 7 04

BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| DOUGLAS J. and LINDA J. ADELMANN, INDIVIDUALLY, and as Trustees of the DOUGLAS J. ADELMANN MD LTD PROFIT SHARING PLAN,, | ) ) ) ) | No. CV-05-52-BU-SEH |
| Plaintiffs, | ) ) ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| -vs- | ) ) | |
| STEVEN W. GROSSMAN; RYAN BECK & CO., INC., | ) ) ) | |
| Defendants. | ) ) ) | |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice. The parties

represent that they have fully settled and resolved this case, and that they stipulate to dismissal of

the case with prejudice, each party to bear its own costs, including attorneys' fees.

Accordingly,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Dismiss with Prejudice

is GRANTED, and this case is dismissed, with prejudice, each party to bear its own costs,

including attorneys' fees.

DATED this ___3___ day of ~~December, 2005.~~ *January, 2006*

SAM E. HADDON
United States District Judge

c:      Brian K. Gallik
        Trent M. Gardner
        Ian McIntosh
        Stanley Kaleczyc
        Kimberly A. Beatty
        Joel Davidson
        Keith Strong
        Steven Preskenis